UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. SANJEEV BATRA,<br><br>    Defendant. | Case No. 1:21-cv-00929-SKO (PC)<br><br>**ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE FILING FEE**<br><br>30-DAY DEADLINE |

Plaintiff Ronald William Ward is civilly detained at the Department of State Hospitals-Coalinga. He has submitted an application to proceed *in forma pauperis* by a prisoner. (Doc. 2.) However, individuals detained pursuant to California Welfare and Institutions Code §§ 6600, *et seq.*, are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed *in forma pauperis* **by a non-prisoner**;

2. **Within 30 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $402 filing fee for this action. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **June 17, 2021**           /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE