1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD WILLIAM WARD,                    Case No. 1:21-cv-00929-SKO (PC)

12                 Plaintiff,

13         v.                                 **ORDER GRANTING MOTIONS TO
                                              PROCEED *IN FORMA PAUPERIS* AND
14    DR. SANJEEV BATRA,                       DENYING MOTION AS MOOT**

15                 Defendant.                 (Docs. 2, 6-7)

16

17         Plaintiff is civilly detained at the Department of State Hospitals-Coalinga. He has filed

18    motions to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 6-7.) Plaintiff has

19    made the showing required by statute. Accordingly, the motions (Docs. 6-7) are GRANTED.

20         Previously, Plaintiff filed a prisoner-application to proceed *in forma pauperis*. (Doc. 2.)

21    However, as stated above, Plaintiff is a civil detainee. Individuals civilly detained pursuant to

22    California Welfare and Institutions Code §§ 6600, *et seq.*, are not prisoners within the meaning of

23    the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). In any

24    event, because the Court has granted Plaintiff's subsequent motions to proceed IFP, Plaintiff's

25    previous application (Doc. 2) is DENIED as moot.

26

27    IT IS SO ORDERED.

28    Dated:  __**July 19, 2021**__                    ____*/s/ Sheila K. Oberto*____

1

UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28