UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. BATRA, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00929-ADA-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUESTS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(ECF Nos. 15, 16, 17, 18, 22) |

　　　　Plaintiff Ronald William Ward ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 20, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's requests for preliminary injunctive relief be denied. (*See* ECF No. 22.) Plaintiff was afforded fourteen days within which to file objections. (*Id.* at 6.) More than 14 days have elapsed, and Plaintiff has not filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

//

Accordingly,

1. The findings and recommendations issued on January 20, 2023, (ECF No. 22), are ADOPTED in full;
2. Plaintiff's requests for preliminary injunctive relief, (ECF Nos. 15, 16, 17, 18), are DENIED; and
3. The case is referred to the assigned Magistrate Judge for further proceedings as appropriate.

IT IS SO ORDERED.

Dated:   March 27, 2023

UNITED STATES DISTRICT JUDGE