UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>              Plaintiff,<br><br>      v.<br><br>S. BATRA, et al.,<br><br>              Defendants. | Case No. 1:21-cv-00929-NODJ-SKO (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR A FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO FILE THIRD AMENDED COMPLAINT** |

Plaintiff Ronald William Ward is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      RELEVANT BACKGROUND**

On November 14, 2023, following screening of Plaintiff's second amended complaint, the Court issued Findings and Recommendations to Dismiss this Action for Failure to State a Claim Upon Which Relief Can Be Granted. (Doc. 27.)

On December 4, 2023, Plaintiff timely filed his objections. (Doc. 29.)

**II.     DISCUSSION**

In its Findings and Recommendations, the Court found Plaintiff's second amended complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure, failed to comply with the First Screening Order, should not be converted to a pro se civil action, and that

amendment was futile because it appeared Plaintiff was unable or unwilling to cure the deficiencies identified in the screening order. (Doc. 27 at 5-8.) The Court recommended Plaintiff's second amended complaint be dismissed without prejudice for a failure to state a claim. (*Id*. at 8.)

In his objections, Plaintiff apologizes to the Court "for his errors in following the courts instructions." (Doc. 29 at 1.) Plaintiff includes an "amended complaint wherein plaintiff followed the courts instructions closely" and asks the Court to consider it as he "thinks and believes he has corrected" the errors identified by the Court. (*Id.*)

The Court will vacate the Findings and Recommendations issued November 14, 2023, and direct the Clerk of the Court to file the amended complaint, filed and submitted as a part of Plaintiff's objections, as Plaintiff's third amended complaint. The Court will screen Plaintiff's third amended complaint as required by 28 U.S.C. § 1915A(a) in due course.

### III.     CONCLUSION AND ORDER

For the reasons given above, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations issued November 14, 2023 (Doc. 27) are **VACATED**; and
2. The Clerk of the Court is **DIRECTED** to file the amended complaint submitted as a part of Plaintiff's December 4, 2023 (Doc. 29 at 3-59) filing separately on the docket as Plaintiff's Third Amended Complaint.

IT IS SO ORDERED.

Dated:   **December 6, 2023**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

2