UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>        Plaintiff,<br><br>    v.<br><br>S. BATRA, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00929-KES-SKO (PC)<br><br>**ORDER REQUIRING DEFENDANT TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY**<br><br>**<u>30-DAY DEADLINE</u>** |

Plaintiff Ronald William Ward is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Batra, in his personal capacity, on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim.

On January 2, 2025, the Court found service of the third amended complaint proper as to Defendant Batra and directed Plaintiff to complete the required service documents and return them to the Court. (Doc. 37.) On January 23, 2025, after Plaintiff submitted the requested documents, the Court ordered the United States Marshal to initiate service of process on Defendant. (Doc. 39.)

On March 26, 2025, the United States Marshal filed its USM-285 form indicating that service was accepted for Defendant Batra by Office Manager Sylvia Apente, at Defendant's place

of business in Stockton, California, on March 26, 2025, at 9:07 a.m. (Doc. 40.) The deadline for the filing of Defendant's answer to the operative complaint was therefore April 16, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). As of this date, Defendant has not filed an answer or otherwise communicated with the Court.

Accordingly, it is **HEREBY ORDERED** that:

1. Within **thirty (30) days** from the date of service of this order, Defendant **SHALL** show cause why default should not be entered against Defendant;
2. To facilitate the ability to comply with this order, Defendant's obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order to the address listed for Defendant Batra on the USM-285 form filed March 26, 2025 (Doc. 40).

IT IS SO ORDERED.

Dated:   **April 23, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

2