UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>             Plaintiff,<br><br>   v.<br><br>S. BATRA, et al.,<br><br>             Defendants. | Case No. 1:21-cv-00929-KES-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 41) |

Plaintiff Ronald William Ward is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Batra, in his personal capacity, on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim.

On April 23, 2025, the Court issued its Order Requiring Defendant to Show Cause (OSC) Within Thirty Days Why Default Should Not Be Entered. (Doc. 41.) Defendant was ordered to respond within thirty days. (*Id.* at 2.)

On May 22, 2025, Defendant filed an answer to the operative complaint. (Doc. 42.) On May 23, 2025, Defendant filed the Declaration of Sanjeev Batra and a response to the OSC. (Doc. 45 & 46.)  In light of Defendant's response and answer, and the issuance of a Discovery and Scheduling Order in this action, the Court will discharge the OSC.

1  Accordingly, it is **HEREBY ORDERED** that the OSC (Doc. 41) issued April 23, 2025, is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **May 27, 2025**            /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE