UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>            Plaintiff,<br><br>    v.<br><br>S. BATRA, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00929-KES-SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANT'S FAILURE TO FILE AN OPPOSITION OR NON-OPPOSITION TO PLAINTIFF'S PENDING MOTIONS**<br><br>**14-DAY DEADLINE**<br><br>(Docs. 50-53) |

Plaintiff Ronald William Ward is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Batra.

**I.      BACKGROUND**

The Court issued its Order Requiring Defendant to Show Cause (OSC) Within Thirty Days Why Default Should Not Be Entered and Order Directing Clerk's Office to Serve Courtesy Copy on April 23, 2025. (Doc. 41.) Defendant Batra was ordered to show cause within 30 days why default should not be entered against him, the deadline to respond to the complaint was extended 30 days from the date of service of the order, and the Clerk was directed to serve a courtesy copy of the order to the address for Defendant on file with the Court. (*Id*. at 2.)

On May 22, 2025, Defendant Batra filed an answer to the operative complaint. (Doc. 42.) The following day, the Court issued its Discovery and Scheduling Order. (Doc. 43.) Defendant Batra filed a declaration in support of his response to the OSC as well as a response to the OSC on May 23, 2025, and the OSC was discharged. (Docs. 45-47.) On June 2, 2025, this action was reassigned to the undersigned for all purposes, including trial and entry of judgment. (Doc. 49.)

On July 14, 2024, Plaintiff filed the following pleadings:

1. "Request Motion for Sanctions Against Cindy Scheffler and Law Firm LA Follette, Johnson, De Haas, Fesler & Ames. Objection Motion to Order to Show Cause Why Default Should Not Be Entered" (Doc. 50)

2. "Request for 'Motion' Rule 11. Signing Pleadings, Motions, and Other Papers: Representation to the Court (C) Sanctions. Request for 'Motion' Rule 60. Relief from a Judgment or Order: Motion" (Doc. 51)

3. "Request for Motion of Sanctions Against Dr. Sanjeev Batra, and His Declaration in Support to Order to Show Cause Why Default Should Not Be Entered" (Doc. 52)

4. "Objection Notice to the Order Discharging Order to Show Cause and Hold Dr. Batra in Default" (Doc. 53)

The first three pleadings appear as motions on the docket for this action. Although the last pleading appears as an objection on the docket, it seeks the default of Defendant Batra. To date, Defendant Batra has failed to respond to the pending motions.

**II.    DISCUSSION**

This Court's Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110. Local Rule 230 states:

> Opposition, if any, to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any

opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*). Defendant Batra's opposition or statement of non-opposition to each of Plaintiff's pending motions was therefore due on or before August 4, 2025. Defendant has failed to timely file an opposition or statement of non-opposition to Plaintiff's pending motions and the time to do so has now passed.

### III.    CONCLUSION AND ORDER

Accordingly, the Court **ORDERS** Defendant to show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for failure to comply with the Local Rules. Alternatively, within that same time, Defendant may file an opposition or statement of non-opposition to Plaintiff's pending motions filed July 14, 2025.

**Defendant is advised that a failure to comply with this order to show cause will result in the imposition of sanctions**.

IT IS SO ORDERED.

Dated:   **August 5, 2025**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE