UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>          Plaintiff,<br><br>   v.<br><br>S. BATRA, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00929-EGC (PC)<br><br>**ORDER STRIKING PLAINTIFF'S FILING OF MAY 18, 2026**<br><br>(Doc. 71) |

Plaintiff Ronald William Ward is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. [1] This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Batra.

**I.        RELEVANT BACKGROUND**

On November 5, 2025, the Court issued its Amended Order Issuing Temporary Stay Pending Resolution of Pending Motions. (Doc. 67.) Relevant here, this action was stayed "pending the Court's issuance of rulings on the [seven] motions currently pending on its docket." (*Id*. at 4.) Because briefing had not yet been completed on two of the pending motions, the Court

---

[1] On June 2, 2025, this action was reassigned to Magistrate Judge Sheila K. Oberto "for all further proceedings, including trial and entry of judgment." (*See* Doc. 49.) On May 4, 2026, this action was reassigned to the undersigned due to Judge Oberto's retirement. (*See* Doc. 70.)

ruled that "Defendant may file an opposition to Plaintiff's motions filed October 24, 2025, and October 27, 2025, as set forth in Local Rule 230(*l*)" (*id*. [docket citations omitted]) and that "Plaintiff may file a reply to any opposition filed by Defendant as specifically referenced above pursuant to Local Rule 230(*l*)" (*id*.). Finally, the Court ordered that the "parties shall not file any additional motions or requests, or any additional briefing not expressly set forth in this Order, until the Court lifts the stay of these proceedings." (*Id*.)

On November 14, 2025, Defendant filed oppositions to Plaintiff's motions. (Docs. 68 & 69.) Plaintiff did not file a reply.

On May 18, 2026, Plaintiff filed a document titled "Plaintiff's Opposition Compelling the Defendant to Respond to Their May 22, 2025 Document. II. Affirmative Defenses No. 1-15 Responses. III. Prayer for Relief. IV. Demand for Jury Trial." (Doc. 71.)

## II.    DISCUSSION

This action was temporarily stayed in November 2025 pending resolution of Plaintiff's motions filed July 14, 2025 (Docs. 50, 51, 52), September 18, 2025 (Docs. 59, 60), October 24, 2025 (Doc. 64) and October 27, 2025 (Doc. 65). As noted above, the parties were advised not to "file any additional motions or requests, or any additional briefing not expressly set forth" in that Order. (*See* Doc. 67 at 4.) Therefore, Plaintiff's motion will be stricken.

Plaintiff's reference to Defendant's "May 22, 2025 Document" refers to Defendant's answer filed on that date. (*See* Doc. 42.) Plaintiff purportedly seeks to challenge the affirmative defenses asserted, the prayer for relief, and the demand for a jury trial. Nevertheless, Plaintiff's "opposition" or motion was filed in violation of the Court's temporary stay order.

Lastly, as Plaintiff has repeatedly been advised (*see* Doc. 3 at 3; Doc. 33 at 2, n.1; Doc. 66 at 2), this Court is one of the busiest district courts in the nation. All judges carry heavy caseloads and delays, while unfortunate, are inevitable. Plaintiff's pending motions will be decided in due course. Until that time, *no further motions or additional briefing will be entertained*. This action remains stayed until the Court issues an order lifting the stay of these proceedings.

//

//

2

### III.    CONCLUSION AND ORDER

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that:

1.  Plaintiff's filing of May 18, 2026 (Doc. 71) is **STRICKEN**;

2.  The stay of these proceedings remains in effect. No further motions or additional briefing will be entertained; and

3.  The Court will issue rulings on Plaintiff's pending motions in due course.

IT IS SO ORDERED.

Dated:    **May 20, 2026**            _____
                                          UNITED STATES MAGISTRATE JUDGE

3