UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAM WARD,

          Plaintiff,

    v.

S. BATRA, et al.,

          Defendants.

Case No. 1:21-cv-00929-EGC (PC)

**ORDER STRIKING PLAINTIFF'S FILING OF MAY 20, 2026**

(Doc. 73)

Plaintiff Ronald William Ward is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. [1] This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Batra.

**I.     RELEVANT BACKGROUND**

On November 5, 2025, the Court issued its Amended Order Issuing Temporary Stay Pending Resolution of Pending Motions. (Doc. 67.) Relevant here, this action was stayed "pending the Court's issuance of rulings on the [seven] motions currently pending on its docket." (*Id*. at 4.) Because briefing had not yet been completed on two of the pending motions, the Court ruled that "Defendant may file an opposition to Plaintiff's motions filed October 24, 2025, and October 27, 2025, as set forth in Local Rule 230(*l*)" (*id*. [docket citations omitted]) and that

---

[1] On June 2, 2025, this action was reassigned to Magistrate Judge Sheila K. Oberto "for all further proceedings, including trial and entry of judgment." (*See* Doc. 49.) On May 4, 2026, this action was reassigned to the undersigned due to Judge Oberto's retirement. (*See* Doc. 70.)

"Plaintiff may file a reply to any opposition filed by Defendant as specifically referenced above pursuant to Local Rule 230(*l*)" (*id.*). Finally, the Court ordered that the "parties shall not file any additional motions or requests, or any additional briefing not expressly set forth in this Order, until the Court lifts the stay of these proceedings." (*Id.*)

On November 14, 2025, Defendant filed oppositions to Plaintiff's motions. (Docs. 68 & 69.) Plaintiff did not file a reply.

On May 18, 2026, Plaintiff filed a document titled "Plaintiff's Opposition Compelling the Defendant to Respond to Their May 22, 2025 Document. II. Affirmative Defenses No. 1-15 Responses. III. Prayer for Relief. IV. Demand for Jury Trial." (Doc. 71.)

On May 20, 2026, the Court issued its Order Striking Plaintiff's Filing of May 18, 2026. (Doc. 72.) That same date, Plaintiff filed a document titled "Plaintiffs Opposition to the 'Defendant's Sanjeev Batra, D.O.'s Answer to Plaintiff's Third Amended Complaint.' This Final Notice is According to Court Records' May 22, 2025 Compell [sic] the Defendant to Explain Its Meanings." (Doc. 73.)

## II.    CONCLUSION AND ORDER

For the same reasons stated in the Court's May 20, 2026 (*see* Doc. 72) Order, the Court **HEREBY ORDERS** that:

1.  Plaintiff's filing of May 20, 2026 (Doc. 73) is **STRICKEN**;

2.  The stay of these proceedings remains in effect. No further motions or additional briefing will be entertained; and

3.  The Court will issue rulings on Plaintiff's pending motions in due course.

IT IS SO ORDERED.

Dated:    **May 21, 2026**                           _____

UNITED STATES MAGISTRATE JUDGE

2